FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466
316-267-6371

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUNNING FOXES PETROLEUM, INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Case No. 2023-CV-_____ |
| ) | |
| EURAMERICA GAS & OIL CORP, ) | |
| ) | |
| *Defendant.* ) | |
| _____ ) | |

Pursuant to K.S.A. Chapter 60

## COMPLAINT

COMES NOW Plaintiff Running Foxes Petroleum, Inc., by and through its attorneys, Kyle J. Steadman of Foulston Siefkin LLP, and for its causes of action against Defendant Euramerica Gas & Oil Corp., alleges and states as follows:

## PARTIES

1.     Running Foxes Petroleum, Inc. is a foreign corporation organized in Colorado and is registered and doing business under the laws of the state of Kansas.

2.     Euramerica Gas & Oil Corp is a Foreign Profit Corporation organized in the State of Nevada, with a principal office at 7000 W Palmetto Park Road, Suite 210, Boca Raton, FL 33433, and may be served with process by serving a copy of the Petition and Summons upon its registered agent, Claudio Coltellini, CEO, Treasurer and Vice-President, at its registered office at 7000 W Palmetto Park Road, Suite 210, Boca Raton, FL 33433.

**VENUE AND JURISDICTION**

3.      This Court has original jurisdiction by reason of diversity of citizenship and the requisite amount in controversy, pursuant to 28 U.S.C.A. §1332(a)(1). The amount in controversy in this case, exclusive of interest and costs, substantially exceeds $75,000.

4.      The parties selected Kansas Law as the choice of law to govern any disputes.

5.      Venue is proper in the District of Kansas pursuant to 28 U.S.C.A. 1391 because this district is where the substantial part of the events giving rise to Plaintiff's claims occurred, and where Defendants are subject to personal jurisdiction.

**FACTS**

6.      Running Foxes Petroleum, Inc. is the majority working interest owner and operator in oil and gas leases in Bourbon and Crawford Counties of Kansas and Vernon County, Missouri (the "O&G Interests").

7.      On or about February 8, 2015, Running Foxes Petroleum, Inc. and Euramerica Gas & Oil Corp executed a letter agreement regarding the Groves Lease (Hepler Field), located in Crawford County, Kansas.  In the letter Euramerica agreed in part that it would pay 100% of the drilling and completion of five producers and five injectors at no cost to Running Foxes Petroleum, Inc. It also agreed to pay $100,000.00 for the purchase of 75% working interest on a 80% NRI in any existing wells and tank batteries.

8.      On or about September 6, 2016, Running Foxes Petroleum, Inc. and Euramerica Gas & Oil Corp executed a letter agreement in which Euramerica Gas & Oil Corp agreed in part:

> "6)  Lease operating expenses (LOE) which include electrical, monthly pumper, lubricating of pumpjacks and chemicals is capped at the close of this agreement at $5,000 net to EGO per month."

2

"7) Workovers, repairs, replacement equipment or plugging costs will be limited to $2,000 per month without informing EGO. Above $2,000 a month in non-LOE costs, Running Foxes Petroleum, Inc. will inform EGO of the cost."

9.    On or about September 8, 2016, Euramerica Gas & Oil Corp entered into a Joint Operating Agreement with Running Foxes Petroleum, Inc. for 75% working interest of an 80% NRI of the Shaw, Emmerson, and Stoner leases (Thomas Field) between Bourbon County, Kansas and Vernon County, Missouri.

10.    As part of purchasing the O&G Interests, Running Foxes Petroleum, Inc. and Euramerica Gas & Oil Corp agreed that Running Foxes Petroleum, Inc. would act as operator of the leases, which are the subject of the O&G Interests (the "Leases").  The parties entered into joint operating agreements for a portion of the O&G Interests.

11.    The Joint Operating Agreement, Article VII states that the liability of the parties shall be several, not joint or collective.

## Count I
## Breach of Contract

12.    Running Foxes Petroleum, Inc. hereby incorporates by reference paragraphs 1 through 10 above.

13.    The Joint Operating Agreements are contracts entered into between Running Foxes Petroleum, Inc. and Euramerica Gas & Oil Corp.

14.    Euramerica Gas & Oil Corp breached Article VII – Expenditures and Liability of Parties by not paying operating expenses that are more than 120 days past due.

15.    Euramerica Gas & Oil Corp has failed and refused to pay and is now in arrears in the amount of $250,000.00 for Joint Interest Billing (JIB) and Lease Operating Expenses (LOE) on the jointly held wells.

16.    Euramerica Gas & Oil Corp's failure to pay will continue into the future when it fails to make its required payments to Running Foxes Petroleum, Inc. As a result, Running Foxes Petroleum, Inc. will continue to experience damages and financial losses in the future.

17.    Running Foxes Petroleum, Inc. has been damaged in excess of $75,000.00 by Euramerica's breaches of contract.

WHEREFORE, Running Foxes Petroleum, Inc. respectfully requests that the Court enter judgment in its favor against Euramerica Gas & Oil Corp as follows:

a.    Count I – Breach of Contract – for an amount exceeding $75,000.00, payment of expenses due on the Thomas and Helper Fields, and removal of Euramerica Gas & Oil Corp as non-operator, plus prejudgment interest pursuant to the Joint Operating Agreements at the rate of 12% per annum plus prime.

b.    Plaintiff further prays for the costs of this action and such other and further relief as the Court may deem fair, just, and equitable.

### Designation of Trial

Plaintiff designates Wichita, Kansas, as the place of trial of this cause of action.

### Request for Jury Trial

Plaintiff hereby demands a trial by jury on all issues so triable herein.

Respectfully submitted,

FOULSTON SIEFKIN LLP

*/s/Kyle J. Steadman*
Kyle J. Steadman, KS #17205
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466
T: 316-267-6371
F: 316-267-6345
ksteadman@foulston.com
*Attorneys for Plaintiffs*