IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| RUNNING FOXES PETROLEUM, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Case No. 2023-CV-1019-HLT-TJJ |
| | ) | |
| EURAMERICA GAS & OIL CORP, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff Running Foxes Petroleum, Inc. ("Running Foxes"), by and through its counsel, Kyle J. Steadman of Foulston Siefkin LLP, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, hereby moves for a default judgment to be entered against Defendant Euramerica Gas & Oil Corp. ("Euramerica"). Euramerica has defaulted by failing to answer Running Foxes' Complaint and Running Foxes is entitled to the relief requested in the Complaint. Running Foxes seeks a default judgment in the amount of $340.215.46, plus interest, attorney fees and costs related to this matter. In support of its motion, Running Foxes states as follows, with such allegations deemed admitted due to Euramerica's failure to answer the complaint.

1. Running Foxes filed a Complaint against Euramerica on February 14, 2023. (ECF No. 1).

2. Euramerica was properly served with the Summons and Complaint on March 18, 2023. (ECF Nos. 3 & 3-1).

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a)(1). The amount in controversy exceeds $75,000. (ECF No. 1).

4. Euramerica has failed to appear, plead or otherwise defend this action.

5. Euramerica is in default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Running Foxes requests default judgment against Euramerica.

6. Running Foxes is the majority working interest owner and operator in oil and gas leases in Bourbon and Crawford Counties of Kansas and Vernon County, Missouri (the "O&G Interests").

7. On or about February 8, 2015, Running Foxes and Euramerica executed a letter agreement regarding the Groves Lease (Hepler Field), located in Crawford County, Kansas. In the letter Euramerica agreed in part that it would pay 100% of the drilling and completion of five producers and five injections at no cost to Running Foxes. It also agreed to pay $100,000.00 for the purchase of 75% working interest on an 80% NRI in any existing wells and tank batteries.

8. On or about September 6, 2016, Running Foxes and Euramerica executed a letter agreement in which Euramerica agreed in part:

> "6)  Lease operating expenses (LOE) which include electrical, monthly pumper, lubricating of pumpjacks and chemicals is capped at the close of this agreement at $5,000 net to EGO per month."

> "7)  Workovers, repairs, replacement equipment or plugging costs will be limited to $2,000 per month without informing EGO. Above $2,000 a month in non-LOE costs, Running Foxes Petroleum, Inc. will inform EGO of the cost."

9. On or about September 8, 2016, Euramerica entered into a Joint Operating Agreement with Running Foxes for 75% working interest of an 80% NRI of the Shaw, Emmerson, and Stoner leases (Thomas Field) between Bourbon County, Kansas and Vernon County, Missouri.

10. As part of purchasing the O&G Interests, Running Foxes and Euramerica agreed that Running Foxes would act as operator of the leases, which are the subject of the O&G Interests (the "Leases").  The parties entered into joint operating agreements for a portion of the O&G Interests.

11. The Joint Operating Agreement, Article VII states that the liability of the parties shall be several, not joint or collective.

12. The Joint Operating Agreements are contracts entered into between Running Foxes and Euramerica.

13. Euramerica breached Article VII – Expenditures and Liability of Parties by not paying operating expenses that are more than 120 days past due.

14. Euramerica has failed and refused to pay and is now in arrears in the amount of $340,215.46 for Joint Interest Billing (JIB) and Lease Operating Expenses (LOE) on the jointly held wells with such amount supported by the Declaration of Steven Tedesco attached to this Motion as Exhibit A.

15. Euramerica's failure to pay will continue into the future when it fails to make its required payments to Running Foxes. As a result, Running Foxes will continue to experience damages and financial losses in the future.

16. Euramerica breached its contract with Running Foxes by failing to make payments it owed for operation of the Leases.

17. Running Foxes requests judgment for its costs incurred in the above-titled matter in the amount of $402.00 with such amount supported by the Declaration of Kyle J. Steadman attached to this Motion as Exhibit B.

WHEREFORE, FORE THE FOREGOING REASON, Running Foxes prays that the Court find Euramerica to be in default and award its judgment in the amount of $340.215.46, plus interest, its filing fee in the amount of $402.00, and for costs and expenses related to this matter.

Respectfully submitted,

FOULSTON SIEFKIN LLP

*/s/ Kyle J. Steadman*
Kyle J. Steadman, KS #17205
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
T: 316-267-6371
F: 316-267-6345
ksteadman@foulston.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Kyle J. Steadman*
Kyle J. Steadman, KS #17205