IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUNNING FOXES PETROLEUM, INC., ) | |
| *Plaintiff,* ) | |
| vs. ) | Case No. 2023-CV-1019-HLT-TJJ |
| EURAMERICA GAS & OIL CORP, ) | |
| *Defendant.* ) | |

**MOTION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, requests that the Court enter an Order dismissing the above-titled case without prejudice. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed its Complaint on February 14, 2023.

2. Defendant was properly served with the Summons and Complaint on March 18, 2023.

3. The Clerk of Court entered default against Defendant on June 21, 2023.

4. The parties are in the process of settlement negotiations.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion to Dismiss without Prejudice and issue an Order of Dismissal without Prejudice as outlined above.

Respectfully submitted,

FOULSTON SIEFKIN LLP

*s/ Kyle J. Steadman*
Kyle J. Steadman, KS #17205
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
T: 316-267-6371|F: 316-267-6345
ksteadman@foulston.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2023, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*s/ Kyle J. Steadman*
Kyle J. Steadman, KS #17205